WILLIAM T. COTTER, APPELLANT, VS. CHARLES HOLMES,
APPELLEE.

Appellate Practice—Entry of Appeal—What Must Contain—And
Where to be Recorded.

> Where an appeal in chancery, entered on the thirteenth of
> August, 1897, is made returnable "to the Supreme Court
> of Florida, A. D. 1898," without naming any day or term
> of the court in said year, 1898; when it is returnable, and
> such entry of appeal is entered in the **minutes of the Cir-**
> **cuit Court** instead of in the **Chancery Order Book**, as re-
> quired by law, it is ineffectual as notice to the appelleee
> therein under the provisions of Chapter 4528 laws, ap-
> proved May 7th, 1897; and where the appellee in such case
> in no manner appears in the appellate court such appeal
> will be dismissed.

Appeal from the Circuit Court for Duval County.

Dismissed by the Court for fatal defect in entering ap-
peal.

*Stephen E. Foster,* for Appellant.

No appearance for Appellee.

PER CURIAM.

This cause being reached in its regular order on the
docket for final adjudication was referred by the court to
its commissioners for investigation, who report the same
for dismissal.   The court, after due consideration, finds
that the appeal attempted to be entered therein on the
thirteenth of August, 1897, is made returnable "to the Su-

preme Court of Florida, A. D. 1898," without naming any day or term of the court in said year, 1898, when it is returnable, and the said entry of appeal was entered in the *minutes of the Circuit Court* instead of in the Chancery Order Book as required by law, and that the appellee has in no manner appeared in this court, it is, therefore, ordered and adjudged that said appeal be, and the same is hereby dismissed at the cost of the appellant.